UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61881-CIV-DIMITROULEAS

WINIFRED BARRY,

     Plaintiff,

v.

SAM'S EAST, INC. d/b/a SAM'S CLUB,

     Defendant.

_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; DENYING MOTION TO STRIKE

THIS CAUSE is before the Court upon Plaintiff Winifred Barry ("Plaintiff")'s Motion to Strike or Exclude Expert Testimony (the "Motion") [DE 21], and the January 26, 2024 Magistrate Judge's Report and Recommendation (the "Report") [DE 33]. The Court notes that no objections to the Report [DE 33] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 33] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 33] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 33] is hereby **ADOPTED** and **APPROVED**; and

2. Plaintiff's Motion to Strike or Exclude Expert Testimony [DE 21] is hereby

**DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 12th day of February 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Augustin-Birch
Counsel of record